UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL C. SIMMONS,                )<br>                                                        )<br>            Plaintiff,                         )<br>                                                        )<br>    v.                                              )<br>                                                        )<br>THE CITY OF SOUTHPORT, NORTH  )<br>CAROLINA, BRANNON GRAY, and    )<br>  KEVIN LONG,                                )<br>                                                        )<br>            Defendants.                    )<br>                                                        ) | **JUDGMENT**<br><br>7:21-CV-130-BO |

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** that defendants' motion for summary judgment [DE 43] is GRANTED.

This case is closed.

**This judgment filed and entered on January 18, 2024, and served on:**
Gregory Williams (via CM/ECF NEF)
Norwood Blanchard, III (via CM/ECF NEF)

January 18, 2024

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk